UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-20126-DLG

WINDY LUCIUS,

    Plaintiff,

v.

ZIMMERMANN (USA), INC.,

    Defendant.

_____/

## JOINT STIPULATOIN OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff WINDY LUCIUS and Defendant ZIMMERMANN (USA), INC. hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 18, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Monica L. Irel* |
| J. Courtney Cunningham, Esq. | Monica L. Irel, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | DENTONS US LLP |
| FBN: 628166 | FBN: 0142395 |
| 8950 SW 74th Court | Capital Plaza |
| Suite 2201 | 10700 N. Kendall Drive, Suite 303 |
| Miami, FL 33156 | Miami, FL 33176 |
| T: 305-351-2014 | T: 305-670-4843 |
| cc@cunninghampllc.com | monica.irel@dentons.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.