**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 21-cv-20126-DLG

WINDY LUCIUS,

    Plaintiff,

    v.

ZIMMERMANN (USA), INC.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice.  [D.E. 10].

**THE COURT** has considered the record and is otherwise fully advised in the premises.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this Matter, in its entirety, is **DISMISSED WITH PREJUDICE.**  Each party shall bear its own costs and attorney's fees. It is further

**ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss [D.E. 8], is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of March, 2021.

                                        s/Donald L. Graham
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record

1